UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **MELODY T. LEWING** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | EP-18-CV-00107-FM |
| | § | |
| **THE CBE GROUP, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER DENYING JOINT MOTION TO ENTER CONFIDENTIAL AND PROTECTIVE ORDER

On this day, the court considered "Joint Motion to Enter Confidential and Protective Order" ("Motion") [ECF No. 15], filed September 19, 2018 by Melody T. Lewing ("Plaintiff") and The CBE Group, Inc., ("Defendant") (collectively "Parties"). Therein, Parties request the court enter a protective order.[1] Pursuant to Local Rule CV-26(c), the court may enter a protective order upon a showing of good cause.[2] The Parties have not explained why a protective order is necessary.[3] Without demonstrating good cause, the Parties are not entitled to relief.[4]

Accordingly, the court enters the following orders:

1. The "Joint Motion to Enter Confidential and Protective Order" [ECF No. 15] is **DENIED WITHOUT PREJUDICE**.

---

[1] "Joint Motion to Enter Confidential and Protective Order" ("Mot.") 1, ECF No. 15, filed September 19, 2018.

[2] Local Rule CV-26(c).

[3] *See generally* Mot.

[4] Local Rule CV-26 (c).

2. The Parties may elect to re-file this motion in accordance with this order no later than **October 15, 2018**.

**SO ORDERED.**

**SIGNED** this **20** day of **September, 2018**.

_____
**FRANK MONTALVO**
**UNITED STATES DISTRICT JUDGE**